UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INTERNATIONAL MARINE, LLC, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-44** |
| **FDT, LLC F/K/A DELTA TOWING, LLC** | **SECTION: L** |

JUDGMENT

The Court entered its Findings of Fact and Conclusions of Law in this matter on June 30, 2014, its Order & Reasons on October 7, 2014, and its Order & Reasons on December 19, 2014, accordingly:

**IT IS ORDERED** that 3rd party defendant, Stephen Valdes, owes 5% of the $8,250,000.00 judgment, plus judicial interest, fees and costs. **IT IS FURTHER ORDERED** that Mr. Valdes pay his 5% appointment of liability directly to FDT, LLC, f/k/a Delta Towing, LLC**.** **IT IS FURTHER ORDERED** that FDT, LLC, f/k/a Delta Towing, LLC, shall give Mr. Valdes a credit for this payment in the event that FDT, LLC, is successful against Mr. Valdes in the state court suit.

New Orleans, Louisiana, this   23rd   day of December, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**